UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAY MEYTHALER, <br><br>Plaintiff, <br><br>v. <br><br>ENCOMPASS HEALTH CORPORATION, *et al.*, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. 2:20-cv-235-GMB |

## **FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order entered on this date, the claims stated in the complaint are DISMISSED WITH PREJUDICE as to Meythaler and DISMISSED WITHOUT PREJUDICE as to the United States.

The Clerk of Court is DIRECTED to close this file.

DONE and ORDERED on March 9, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE